In the Matter of the Accounting of J. MONTGOMERY STRONG, as Executor of ELIZABETH L. STRONG, Deceased, Appellant.

GEORGE M. WRIGHT, as Assignee of HILTON, HUGHES & CO., Respondent.

*Matter of Strong,* 111 App. Div. 281, affirmed.
(Argued November 12, 1906; decided November 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1906, which affirmed an order of the New York County Surrogate's Court adjudging the appellant herein in contempt for his failure to pay a certain sum to the respondent as directed by a decree judicially settling his accounts.

*William R. Adams* for appellant.

*James S. Darcy* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.